**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHADERICK A. INGRAM,                         No. CIV S-09-1712-CMK

        Plaintiff,

   vs.                                                 <u>ORDER</u>

SOCIAL SECURITY
ADMINISTRATION, et al.,

        Defendants.

_____/

      Plaintiff, proceeding pro se, originally filed this action in the Superior Court of

California, County of Sacramento.  His complaint is titled "Complaint for Damages Under 42

USC 1983; Civil Rights Violation; Personal Injury."  On June 19, 2009, Defendants, through a

special appearance by counsel, filed a notice of removal, bringing this action to the United States

District Court pursuant to 28 U.S.C. § 1442.

      Upon removal, the Clerk of the Court designated this action to be an appeal from

the denial of social security benefits.[1]  However, it appears to the undersigned that Plaintiff is

claiming the defendants violated his civil rights by wilfully withholding his Supplemental

---

[1]       This designation is explained by the Social Security Administration being named
as the defendant, and because Plaintiff complains about his social security payments.  .

Security Income twice, not that he was denied social security benefits.  Therefore, this case should have been designated as a pro se (non-prisoner) civil rights action, not a social security appeal.  In addition, it appears that Plaintiff resides in Sacramento.  As such, this pro se civil case should have been assigned to a District Judge, and referred to a Magistrate Judge in Sacramento.

The Clerk of the Court will be directed to modify the designation of this action as set forth above.  In addition, the scheduling order that was issued (Doc. 2) was the scheduling order for a social security appeals case.  As this scheduling order is the incorrect order, it will need to be vacated.[2]

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court is directed to redesignate this action as a pro se (non-prisoner) civil rights action;

2.      The Clerk of the Court is further directed to assign this action to a District Judge, with a referral to a Magistrate Judge in Sacramento, and make the appropriate modifications to the assignment wheels; and

3.      The Scheduling Order (Doc. 2) is vacated.

DATED:  June 25, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[2]      The undersigned has not evaluated this case for appropriate service and/or resolution of fees.

2