IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADERICK A. INGRAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION and VAN NGUYEN,<br><br>　　　　Defendants. | Case No. 2:09-CV-01712-FCD-KJM (PS)<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

　　For good cause shown, defendants *ex parte* application for extension of time to respond to plaintiff's complaint, filed June 25, 2009, is hereby APPROVED. Defendants' deadline is extended to August 18, 2009.

　　IT IS SO ORDERED.

DATED: June 26, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

1