UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

       Plaintiff,          Case No. 2:09-cv-1712 FCD KJM PS

   v.                           **O R D E R**

SOCIAL SECURITY ADMINISTRATION,
and VAN NGUYEN,

       Defendants.
_____

    Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judge". See 28 U.S.C. §636(a)(5) and (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Kimberly J. Mueller.  The parties

1  shall please take note that all documents hereafter filed with
2  the Clerk of the Court shall bear case No. 2:09-cv-1712 KJM PS.
3  All Currently scheduled dates presently set before Judge Damrell
4  are hereby **VACATED**.
5  DATED: July 7, 2009

                                          /s/ Frank C. Damrell, Jr.
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE

9      Having also reviewed the file, I accept reference of this
10 case for all further proceedings and entry of final judgment.
11 DATED: July 9, 2009

                                          U.S. MAGISTRATE JUDGE