IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK INGRAM,

    Plaintiff,            No. CIV S-09-1712 FCD KJM PS

  vs.

SOCIAL SECURITY ADMINISTRATION, et al.,

    Defendants.           ORDER

_____/

       Plaintiff has filed a motion for summary judgment. The motion does not comply with Local Rule 56-260(a) and will therefore be denied without prejudice.

       Plaintiff has also filed a motion for relief from final judgment. No final judgment has been entered in this case and plaintiff's request will therefore be denied.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for summary judgment (docket no. 25) is denied without prejudice.

       2. Plaintiff's motion for relief from final judgment (docket no. 24) is denied.

DATED: September 21, 2009.

006 ingram2.msj

U.S. MAGISTRATE JUDGE

1