IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK INGRAM,

    Plaintiff,                                       No. CIV S-09-1712 FCD KJM PS

    vs.

SOCIAL SECURITY ADMINISTRATION, et al.,

    Defendants.                              <u>ORDER</u>

/

          Plaintiff has filed three motions for summary judgment. On the very day that this court denied plaintiff's second motion for summary judgment, plaintiff again filed another motion. The motion does not comply with Local Rule 56-260(a) and will therefore be denied without prejudice.

          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (docket no. 30) is denied without prejudice.

DATED: September 24, 2009.

006 ingram3.msj

U.S. MAGISTRATE JUDGE

1